Mattie F. Henry, conservatrix and ex officio administratrix of the estate of Samuel Farlow, deceased, appellant, v. Fred Farlow et al., appellees. Gen. No. 8,346.

 Opinion filed February 3, 1930.

Wilson & Schmiedeskamp, for appellant. Schlagenhauf & Schlagenhauf, for appellees.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

A. M. Myers et al., appellants, v. John M. Gerhardt, appellee. Gen. No. 8,354.

 Opinion filed February 3, 1930.

A. C. and B. F. Anderson, for appellants. Vause & Kiger, for appellee; J. I. Dilsaver, of counsel.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

The Rankin-Whitham State Bank, appellant, v. James Mulcahey et al., appellees. Gen. No. 8,361.

 Opinion filed February 3, 1930.

Hall & Holaday, for appellant; Arthur R. Hall, of counsel. Alfred A. Johnson and Acton, Acton & Snyder, for appellees.

Mr. Presiding Justice Eldredge delivered the opinion of the court.